No. 97–6797. RUDD *v.* FORREST ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6863. ROMERO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6886. JUVENILE A *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7065. HORNE *v.* CROZIER ET AL. Sup. Ct. S. D. Certiorari denied.

No. 97–7117. SCOTT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–7193. FRALEY *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–7448. ROCHON *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7452. CRAIG *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 97–7458. ROBERTS *v.* DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. (two judgments). Sup. Ct. Nev. Certiorari denied.

No. 97–7459. RIDDLE *v.* CITY OF PALMDALE, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7467. COLEMAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–7474. NOVOSAD *v.* NEW MEXICO BOARD OF PHARMACY ET AL. Sup. Ct. N. M. Certiorari denied.

No. 97–7475. LAMBRIGHT *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 97–7476. JOHNSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.